

# HARTMAN LAW, P.C.

10 POST OFFICE SQUARE, SUITE 800 SOUTH
BOSTON, MASSACHUSETTS 02109
T: 617-807-0091  F: 617-507-8334
HARTMANLAWPC.COM

**Douglas F. Hartman**
dhartman@hartmanlawpc.com

August 25, 2023

**VIA ECF**
The Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11021

> RE:  *Trial Date*
>      **MMS Trading v. Hutton Toys**
>      **U.S.D.C., E.D.N.Y. 1:20-cv-01360-MKB-SJB**

Dear Judge Bulsara:

The parties hereto, the plaintiff MMS Trading and the defendant Hutton Toys, respectfully submit this letter in response to this Honorable Court's proffered trial dates.

Due to the parties representatives being foreign nationals, the parties' and counsels' combined schedules, and MMS's principal's previously planned and booked business travel in Europe for the month of January 2024, the parties respectfully request this Honorable Court schedule the trial of this matter in February of 2024. The parties have conferred and have agreed that they could both start trial on February 5, 2024, if that is convenient and acceptable with the Court.

Respectfully submitted,

*/s/ Douglas F. Hartman*
Douglas F. Hartman, Esq. (BBO 642823)
10 Post Office Square, Suite 800 South
Boston, Massachusetts 02109
T: 617-807-0091
F: 617-507-8334
dhartman@hartmanlawpc.com

HARTMAN LAW, P.C.

The Honorable Sanket J. Bulsara
United States Magistrate Judge
August 25, 2023
Page 2 of 2

*Appearing Pro Hac Vice*

LITTLETON PARK JOYCE UGHETTA
& KELLY LLP
Bruce Ainbinder, Esq. (BA8580)
4 Manhattanville Road, Suite 202
Purchase, NY 10577
(914) 417-3400
***Attorneys for Plaintiff MMS Trading Company Pty Ltd., d/b/a Connetix Tiles***

cc:     *All parties and counsel of record via ECF*