## VERDICT FORM

### Copyright Infringement

Do you find that Hutton Toys has proven, by a preponderance of the evidence, that the following products infringed its rights in the '106 Copyright protecting the SHAPE MAGS design:

i. <u>MMS's 62 piece starter package of magnetic tiles</u>

    YES　　　　　　　　　　(NO) 

    If you answered YES, was the infringement willful?

    YES　　　　　　　　　　NO

ii. <u>MMS's 92 piece ball run pack of magnetic tiles</u>

    YES　　　　　　　　　　(NO) 

    If you answered YES, was the infringement willful?

    YES　　　　　　　　　　NO

iii. <u>MMS's 100 piece set of magnetic tiles</u>

    YES　　　　　　　　　　(NO) 

    If you answered YES, was the infringement willful?

    YES　　　　　　　　　　NO

iv. <u>MMS's 212 piece mega pack of magnetic tiles</u>

    YES　　　　　　　　　　(NO) 

    If you answered YES, was the infringement willful?

    YES　　　　　　　　　　NO

If you answered YES to any of the above, proceed to damages. If you did not, and answered NO to each of the above, STOP, go no further, and have the foreperson sign the verdict form.

**COURT EXHIBIT**

#1

## Damages

<u>Actual damages:</u> What are the total actual damages, as calculated by profits earned by MMS Trading, to be awarded to Hutton Toys?

$ _____

_____
Foreperson