**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

**MMS Trading Company Pty Ltd.**

          **Plaintiff.**

     **-against-**　　　　　　　　　　　　　　　　　**20-CV-01360 (SJB)**

**Hutton Toys, LLC**

          **Defendant.**

-----------------------------------------------------------X

## **JUDGMENT**

     This action was tried by a jury with Judge Sanket J. Bulsara presiding, and the jury has rendered a verdict, in favor of Plaintiff on Defendant's counterclaim. This renders Plaintiff's claim for noninfringement moot. Defendant shall recover nothing, and its claim is dismissed with prejudice. The Court having previously resolved all other claims, directs that all of Plaintiff's claims are to be dismissed with prejudice. The Clerk of Court is directed to enter judgment consistent with this order and close this case.

                                                                                 **BRENNA B. MAHONEY**
                                                                                 *CLERK OF THE COURT*

Date: March 28, 2024
     Brooklyn, New York

                                                                            **BY:** *<u>/S/ EDDIE C.MANSON</u>*
                                                                             *Signature of clerk or Deputy Clerk*